SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    JOSE ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE ROMERO,<br><br>    Defendant. | No. CR 09-0521 MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO ADVANCE SENTENCING DATE<br><br>AND ORDER THEREON |

   This matter is currently scheduled for sentencing before this Court on May 12, 2010.

   Defendant Romero's two codefendants are scheduled for sentencing on April 21, 2010; they entered guilty pleas a few weeks prior to defendant Romero's guilty plea. At the time that defendant Romero entered his guilty plea, defendant's counsel suggested that defendant Romero be sentenced on the same date as his codefendants. However the Court was concerned that the Probation Officer have sufficient time to investigate and prepare the Presentence Report, and thus set sentencing for May 12, 2010.

Stipulation and [proposed] Order

1

Undersigned counsel for defendant Romero discussed the date for sentencing with U.S. Probation Officer Sara Rizor Black, who is preparing the Presentence Reports on defendant Romero and both of his codefendants. Ms. Black informed counsel that there would not be sufficient time to prepare her report to sentence defendant Romero on April 21, 2010, but that she would have sufficient time if sentencing is advanced to May 5, 2010. She is agreeable to advancing sentencing for defendant Romero to that date.

Defendant Romero has been in custody in North County Jail and would like to be sentenced as soon as possible.

The parties stipulate to advance sentencing from May 12, 2010 to May 5, 2010 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: March 25, 2010                               _____/s/_____
                                                    W.S. Wilson Leung
                                                    Assistant United States Attorney


DATED: March 25, 2010                               _____/s/_____
                                                    Scott A. Sugarman
                                                    Attorney for Jose Romero

SO ORDERED.

DATE:   March 29, 2010
                                                    _____
                                                    Maxine M. Chesney
                                                    UNITED STATES DISTRICT JUDGE

Stipulation and [proposed] Order

2